IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASHLEY M. MOORE, DERRICK L. BURNS, DEMARCUS BRYDIE, on behalf of themselves and all other persons similarly situated, known and unknown, ) ) ) ) ) | |
| ) | Case No. 15 C 1566 |
| **Plaintiffs,** ) | |
| ) | Judge Durkin |
| v. ) | |
| ) | Magistrate Judge Finnegan |
| FLAVOR RESTAURANT, INC., ROCHELLE KEMP, individually, and JAMES KEMP, Individually, ) ) ) ) | |
| **Defendants.** ) | |

## ORDER OF DISMISAL

This Court, having considered the Parties' stipulation of dismissal in the above-captioned action, IT IS HEREBY ORDERED that the above-captioned action be and is hereby dismissed in its entirety, *without prejudice*, and with no award of attorneys' fees or costs by the Court to any Party. This matter shall be automatically dismissed in its entirety *with prejudice* on October 27, 2015, absent a motion by Plaintiffs to reinstate this case and enforce the Parties' Settlement Agreement prior to that date.

SO ORDERED on this 6th day of August, 2015

United States District Court
Judge Thomas M. Durkin